# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2019

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157705(136)

DEBORAH LYNN FOSTER,
      Plaintiff/Counterdefendant-
      Appellee,

v

RAY JAMES FOSTER,
      Defendant/Counterplaintiff-
      Appellant.

_____/

SC:  157705
COA:  324853
Dickinson CC:  07-015064-DM

On order of the Chief Justice, the motion of defendant/counterplaintiff-appellant to extend the time for filing his brief is GRANTED.  The brief will be accepted as timely filed if submitted on or before January 30, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2019



Clerk